ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:   415-782-6000
Facsimile:    415-782-6011
E-Mail:        adam@gasnerlaw.com

Attorney for Defendant
YASMEEN DRUMMOND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br><br><br>YASMEEN DRUMMOND,<br><br>                    Defendant. | No. 13-CR-00615-JCS<br><br>**STIPULATION FOR EARLY TERMINATION OF PROBATION &**<br><br>**[PROPOSED] ORDER**<br><br>(Rule 32.1(c)(2)(C)<br>(18 U.S.C. § 3563(c)) |

THE PARTIES STIPULATE AS FOLLOWS:

1. On April 3, 2014 MS. DRUMMOND pled guilty to a DUI, a class B misdemeanor, in violation of 36 C.F.R. section 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol. The Court granted the Government's oral motion to dismiss Count 2.

2. On July 11, 2014 MS. DRUMMOND began a three-year term of probation, pursuant to Title 18 U.S.C. section 3561(a), for driving under the influence of alcohol or drugs in violation of Title 36 Code of Federal Regulations section 1004.23(a)(1).

-1-

3. Paragraph 8 of the Special Conditions of Supervision section of the Judgment in this case reflects the following: "The government agrees that it will not oppose early termination of probation if, after eighteen months, the defendant does not violate any term of probation." (ECF 19)

4. Since July 11, 2014 MS. DRUMMOND has fulfilled all of the terms and conditions of her probation without any violations.

5. Per Rule 32.1(c)(2)(C) and 18 U.S.C. § 3563(c) and because the terms of probation have been satisfied and based on the stipulation of the parties, MS. DRUMMOND may be granted early termination of her term of probation.

6. U.S. Probation has no objection.

7. The United States of America has no objection.

SO STIPULATED AND AGREED:

DATED: January ____, 2016

_____/s/_____
WILLIAM EDELMAN
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: January ____, 2016

_____/s/_____
ADAM G. GASNER
Attorney for Defendant
YASMEEN DRUMMOND

U.S. v. DRUMMOND
CR 13-00615-001 JCS
Stipulation & Proposed Order
for Early Termination of Probation

**ORDER**

Based upon the stipulation of the parties and for good cause appearing, the Court ORDERS defendant YASMEEN DRUMMOND's term of probation in Case No. 13-CR-00615-JCS hereby terminated forthwith.

DATED: January __8__, 2016



_____
HON. JOSEPH C. SPERO
United States Magistrate Judge